THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rashine Johnson, Appellant.
 
 
 

Appeal From Bamburg County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2008-UP-373
 Submitted July 1, 2008  Filed July 11,
2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Barbara R. Morgan of Aiken, for Respondent.
 
 
 

PER CURIAM: 
 Rashine Johnson appeals his guilty plea to
 assault and battery of a high and aggravated nature.  On appeal, Johnson
 maintains his guilty plea failed to conform with the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969).  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Johnsons appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J.,
 CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.